No. 432. RAY *v.* CITY OF PRICHARD. Ct. App. Ala. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jack Greenberg, James M. Nabrit III,* and *Melvyn Zarr* for petitioner. *Mayer W. Perloff* for respondent.

No. 122, Misc. MEAD *v.* GRUDE. C. A. 9th Cir. Certiorari denied.

No. 369, Misc. MONTS *v.* HENDERSON, WARDEN. C. A. 6th Cir. Certiorari denied. *George F. McCanless,* Attorney General of Tennessee, for respondent.

No. 376, Misc. ALONZO *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 416, Misc. SOSTRE *v.* JENSEN. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 468, Misc. HALLOCK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Bruce R. Jacob* for petitioner. *Solicitor General Griswold* for the United States.

No. 536, Misc. MATHEWSON *v.* McGRATH, TRUSTEE. C. A. 3d Cir. Certiorari denied.

No. 558, Misc. WALDEN ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.